SHERIFF, CLARK COUNTY, NEVADA, Appellant, v. CHRISTOPHER HARDY PAYNE, Respondent.

No. 14185

May 19, 1983                                    663 P.2d 350

*Brian McKay,* Attorney General, Carson City; *Robert J. Miller,* District Attorney, Clark County, for Appellant.

*Alan B. Andrews,* Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

Having reviewed this matter, we have concluded that our recent holding in Sheriff v. Berman, 99 Nev. 102, 659 P.2d 298 (1983), is dispositive. Accordingly, we reverse the district court's order granting the writ of habeas corpus and we remand the case for trial on the merits.